**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DANA UNDIES, INC.,
Individually and on behalf of all others similarly
situated,

               Plaintiff,

       -against-

COATS PLC, et al.,

               Defendants.

Case No.  07-CV-10340

**RULE 7.1 STATEMENT**

Pursuant to Federal rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DANA UNDIES, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

            NONE.

Dated: December 10, 2007
       New York, New York

                                   Signature of Attorney

                       Attorney Bar Code:  DS 6343

741151.1