*CHIN J*

**MEMO ENDOR~**

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #:                          │
│ DATE FILED:  12/7/2007          │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA UNDIES, INC., on behalf of itself and all others similarly situated, <br><br> v. <br><br> WILLIAM PRYM GMBH & CO., KG; et al. | Civil Action No. <br> 07-CIV-~~10338~~  10340 |

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Plaintiff and Defendants Prym Consumer USA Inc. and Prym Fashion, Inc. (the "US Prym Defendants"), in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the US Prym Defendants must file a response to the Class Action Complaint is extended through and including January 7, 2008. If any answer or other responsive pleading is filed by the US Prym Defendants in any other action arising out of the same transactions and occurrences before January 7, 2008, or if any documents are produced in such action, the US Prym Defendants will file their answers or responsive pleadings, and shall produce such documents, in this matter concurrently.

By entering into this stipulation, the US Prym Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

So stipulated, this 5th day of December, 2007.

LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
212-355-8500

By: _David S. Stellings_
    David S. Stellings (DSS-5343)

Joseph R. Saveri
Michele C. Jackson
Eric B. Fastiff
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
415-965-1000

Kevin Bruce Love
Michael E. Criden
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
305-357-9010

Attorneys for Plaintiff

WEIL, GOTSHAL & MANGES LLP
Steven A. Reiss
Scott Martin (SM 7373)
Christopher V. Roberts
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
Attorneys for the US Prym Defendants

By: _Scott Martin_
    Scott Martin (SM 7373)

SO ORDERED
December 7, 2007

_Hon. Denny Chin_
Hon. Denny Chin

2