CHIN /T

MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| DANA UNDIES., on behalf of itself and all others similarly situated,<br><br>v.<br><br>WILLIAM PRYM GMBH & CO., KG; et al. | Civil Action No.<br>07-CIV-~~10338~~ 10340 |
|---|---|

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Plaintiff and Defendants Coats plc and Coats North America de Republica Dominicana, Inc., in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendants must file a response to the Class Action Complaint is extended through and including January 7, 2008. If any answer or other responsive pleading is filed by Defendants in any other action arising out of the same transactions and occurrences before January 7, 2008, or if any documents are produced in such action, Defendants will file their answer or responsive pleading, and shall produce such documents, in this matter concurrently.

By entering into this stipulation, Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

So stipulated, this 5th day of December, 2007.

LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
212-355-8500

By: _____
David S. Stellings (DSS-5343)

Joseph R. Saveri
Michele C. Jackson
Eric B. Fastiff
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
415-965-1000

Kevin Bruce Love
Michael E. Criden
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
305-357-9010

Attorneys for Plaintiff

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

By: _____
Joseph Wayland

Attorneys for Defendants Coats plc and Coats
 North America de Republica Dominicana, Inc.

SO ORDERED
December 7, 2007

_____
Hon. Denny Chin