**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DANA UNDIES, INC.,
Individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; SCOVILL FASTENERS, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; and YKK SNAP FASTENERS AMERICA, INC.,

        Defendants.

INDEX NO. 07-CV-10340

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David S. Stellings, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Michele C. Jackson
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    Embarcadero Center West
    275 Battery Street, 30th Floor
    San Francisco, California 94111-3339
    Telephone: (415) 956-1000
    Facsimile: (415) 956-1008

Michele C. Jackson is a member in good standing of the Bar of the State of California. There is no pending disciplinary proceeding against Michele C. Jackson in any State or Federal Court.

739020.1

Dated: December 2, 2007
New York, New York

Respectfully submitted,

By: _____
David S. Stellings, Bar No. DSS-5343

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, New York  10017-2024
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                    TELEPHONE: 888-800-3400

December 3, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHELE CHICKERELLA JACKSON, #090807 was admitted to the practice of law in this state by the Supreme Court of California on November 30, 1979; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA UNDIES, INC., Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; SCOVILL FASTENERS, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; and YKK SNAP FASTENERS AMERICA, INC.,<br><br>　　　　　　Defendants. | INDEX NO. 07-CV-10340<br><br><br><br>AFFIDAVIT OF DAVID S. STELLINGS IN SUPPORT OF *PRO HAC VICE* APPLICATION |

State of New York　　）
　　　　　　　　　　　） ss:
County of New York　 ）

　　　DAVID S. STELLINGS declares under penalty of perjury:

　　　1.　　I am a member of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michele C. Jackson as counsel pro hac vice to represent Plaintiff in this matter.

　　　2.　　I am a member in good standing of the bar of the State of New York and have been admitted to practice in the Southern District of New York since February, 1996.

739030.1

3. Michele C. Jackson is a member of Lieff, Cabraser, Heimann & Bernstein, LLP, Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California 94111-3339.

4. Ms. Jackson is admitted to practice before the Bar of the State of California and is in good standing. The certificate of good standing with respect to Ms. Jackson is annexed as Exhibit A.

5. Ms. Jackson has not been subjected to discipline by any court and no disciplinary charges are currently pending against her.

6. Ms. Jackson is fully familiar with the individual rules of this Court and the local rules of the United States District Court for the Southern District of New York.

Dated: December 3, 2007
New York, New York

Notarized:

[signature]

Nov, 2   07

Respectfully submitted,

By: [signature]
David S. Stellings, Bar No. DSS-5343

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA UNDIES, INC., Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; SCOVILL FASTENERS, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; and YKK SNAP FASTENERS AMERICA, INC.,<br><br>Defendants. | INDEX NO. 07-CV-10340<br><br>ORDER FOR ADMISSION PRO HAC VICE |

Upon the motion of David S. Stellings, attorney for Dana Undies, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Michele C. Jackson
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    Embarcadero Center West
    275 Battery Street, 30th Floor
    San Francisco, California 94111-3339
    Telephone: (415) 956-1000
    Facsimile: (415) 956-1008
    mjackson@lchb.com

is admitted to practice pro hac vice as counsel for Dana Undies, Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

739084.1

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the pro hac vice fee to the Clerk of Court.


Dated: December __, 2007
      New York, New York                                       _____
                                                                 United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, December 10, 2007, true and correct copies of the following

- Motion to Admit Michele C. Jackson Pro Hac Vice
- Affidavit of David S. Stellings in Support of Motion to Admit Joseph R. Saveri Pro Hac Vice
- Proposed Order Admitting Michele C. Jackson Pro Hac Vice

were served by First Class U.S. Mail on the following:

Joseph Wayland
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
Email: jwayland@stblaw.com

Attorneys for Defendants Coats plc and Coats North America de Republica Dominicana, Inc.

Steven A. Reiss
Scott Martin
Christopher V. Roberts
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
Email: steven.reis@weil.com
       scott.martin@weil.com
       christopher.roberts@weil.com

Attorneys for Defendants Prym Consumer USA, Inc. and Prym Fashion, Inc.

Laura E. Woodson
**SMITH, GAMBRELL & RUSSELL, LLP**
1230 Peachtree Street, N.Y.
Promenade II, Suite 3100
Atlanta, GA 30309-3592
(404) 815-3500
Email: lwoodson@sgrlaw.com

Attorneys for Defendant Scovill Fasteners, Inc.

Peter E. Halle
J. Clayton Everett, Jr.
**MORGAN LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5225
Email: jshin@morganlewis.com

Attorneys for Defendants YKK Corporation of America, Inc., YKK (U.S.A.), Inc. and YKK Snap Fasteners America, Inc.

_____
Daniel Schuman

740911.1