# MEMO ENDORSED



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANA UNDIES, INC.,
Individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; SCOVILL FASTENERS, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; and YKK SNAP FASTENERS AMERICA, INC.,

        Defendants.

INDEX NO. 07-CV-10340

**ORDER FOR ADMISSION PRO HAC VICE**

---

Upon the motion of David S. Stellings, attorney for Dana Undies, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Michele C. Jackson
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    Embarcadero Center West
    275 Battery Street, 30th Floor
    San Francisco, California 94111-3339
    Telephone: (415) 956-1000
    Facsimile: (415) 956-1008
    mjackson@lchb.com

is admitted to practice pro hac vice as counsel for Dana Undies, Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

739084.1

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: December 20, 2007
New York, New York

_____
United States District Court Judge