UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANA UNDIES, INC.,
Individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; SCOVILL FASTENERS, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; and YKK SNAP FASTENERS AMERICA, INC.,

    Defendants.

---

INDEX NO. 07-CV-10340 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2008

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David S. Stellings, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Eric B. Fastiff
> LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
> Embarcadero Center West
> 275 Battery Street, 30th Floor
> San Francisco, California 94111-3339
> Telephone: (415) 956-1000
> Facsimile: (415) 956-1008

Eric B. Fastiff is a member in good standing of the Bar of the State of California. There is no pending disciplinary proceeding against Eric B. Fastiff in any State or Federal Court.

Motion GRANTED.
So ORDERED.

*[signature]*
WDJ 1/2/08


RECEIVED
DEC 28 2007
JUDGE CHIN'S CHAMBERS

739024.1

Dated: December 3, 2007
       New York, New York

Respectfully submitted,

By: _____
David S. Stellings, Bar No. DSS 5343

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, New York  10017-2024
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

739024.1                          -2-

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

December 5, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ERIC BARMON FASTIFF, #182260 was admitted to the practice of law in this state by the Supreme Court of California on June 4, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA UNDIES, INC.,<br>Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    -against-<br><br>COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; SCOVILL FASTENERS, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; and YKK SNAP FASTENERS AMERICA, INC.,<br><br>          Defendants. | INDEX NO. 07-CV-10340<br><br><br><br>**AFFIDAVIT OF DAVID S. STELLINGS IN SUPPORT OF *PRO HAC VICE* APPLICATION** |

State of New York      )
                                 ) ss:
County of New York   )

        DAVID S. STELLINGS declares under penalty of perjury:

        1.     I am a member of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Eric B. Fastiff as counsel pro hac vice to represent Plaintiff in this matter.

        2.     I am a member in good standing of the bar of the State of New York and have been admitted to practice in the Southern District of New York since February, 1996.

739032.1

3.  Eric B. Fastiff is a member of Lieff, Cabraser, Heimann & Bernstein, LLP, Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, California 94111-3339.

4.  Mr. Fastiff is admitted to practice before the Bar of the State of California and is in good standing. The certificate of good standing with respect to Mr. Fastiff is annexed as Exhibit A.

5.  Mr. Fastiff has not been subjected to discipline by any court and no disciplinary charges are currently pending against him.

6.  Mr. Fastiff is fully familiar with the individual rules of this Court and the local rules of the United States District Court for the Southern District of New York.

Dated: December 3, 2007
New York, New York

Notarized:

RACHEL GEMAN
Notary Public, State of New York
No. 02GE6064735
Qualified in New York County
Commission Expires September 23, 20_09_
Nov. 02

Respectfully submitted,

By: _____
David S. Stellings, Bar No. DSS-5843

739032.1

-2-