UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANA UNDIES, INC.,
Individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; SCOVILL FASTENERS, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; and YKK SNAP FASTENERS AMERICA, INC.,

        Defendants.

INDEX NO. 07-CV-10340

MOTION TO ADMIT COUNSEL
PRO HAC VICE

---

State of New York   )
                            ) ss:
County of New York )

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David S. Stellings, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Jennifer Gross
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    780 Third Avenue, 48th Floor
    New York, New York 10017-2024
    Telephone: (212) 355-9500
    Facsimile: (212) 355-9592

Jennifer Gross is a member in good standing of the Bar of the State of California. There is no pending disciplinary proceeding against Jennifer Gross in any State or Federal Court.

739026.1

Dated: December 5, 2007  
      New York, New York

Notarized:

Respectfully submitted,

By: _____  
David S. Stellings, Bar No. DSS-5343

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP  
780 Third Avenue, 48th Floor  
New York, New York 10017-2024  
Telephone: (212) 355-9500  
Facsimile: (212) 355-9592

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| DANA UNDIES, INC., Individually and on behalf of all others similarly situated, | INDEX NO. 07-CV-10340 |
| Plaintiff, | |
| -against- | |
| COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; SCOVILL FASTENERS, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; and YKK SNAP FASTENERS AMERICA, INC., | **AFFIDAVIT OF DAVID S. STELLINGS IN SUPPORT OF *PRO HAC VICE* APPLICATION** |
| Defendants. | |

State of New York    )
                     ) ss:
County of New York   )

DAVID S. STELLINGS declares under penalty of perjury:

1. I am a member of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jennifer Gross as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York and have been admitted to practice in the Southern District of New York since February, 1996.

739033.1

3. Jennifer Gross is associated with Lieff, Cabraser, Heimann & Bernstein, LLP, 780 Third Avenue, 48th Floor, New York, New York 10017-2024.

4. Ms. Gross is admitted to practice before the Bar of the State of California and is in good standing. The certificate of good standing with respect to Ms. Gross is annexed as Exhibit A.

5. Ms. Gross has not been subjected to discipline by any court and no disciplinary charges are currently pending against her.

6. Ms. Gross is fully familiar with the individual rules of this Court and the local rules of the United States District Court for the Southern District of New York.

Dated: December 3, 2007
    New York, New York

Respectfully submitted,

By: _____
    David S. Stellings, Bar No. DSS-5343

Notarized:

_[signature]_

_____ 09
 NOV. 2

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

December 13, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNIFER GROSS, #174122 was admitted to the practice of law in this state by the Supreme Court of California on December 13, 1994; that from the date of admission to March 4, 1996, she was an ACTIVE member of the State Bar of California; that on March 4, 1996, she transferred at her request to the INACTIVE status as of May 1, 1995; that from that date to March 22, 2004, she was an INACTIVE member of the State Bar of California; that on March 22, 2004, she transferred at her request to the ACTIVE status; that she has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANA UNDIES, INC.,<br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    -against-<br><br>COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; SCOVILL FASTENERS, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; and YKK SNAP FASTENERS AMERICA, INC.,<br><br>    Defendants. | INDEX NO. 07-CV-10340<br><br><br><br><br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

Upon the motion of David S. Stellings, attorney for Dana Undies, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

  Jennifer Gross
  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
  780 Third Avenue, 48th Floor
  New York, New York 10017-2024
  Telephone: (212) 355-9500
  Facsimile: (212) 355-9592
  jgross@lchb.com

is admitted to practice pro hac vice as counsel for Dana Undies, Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

739086.1

system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: December __, 2007
      New York, New York

                                                  _____
                                                 United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, December 18, 2007, true and correct copies of the following:

- Motion to Admit Jennifer Gross Pro Hac Vice

- Affidavit of David S. Stellings in Support of Motion to Admit Jennifer Gross Pro Hac Vice

- Proposed Order Admitting Jennifer Gross Pro Hac Vice

were served by First Class U.S. Mail on the following:

Joseph Wayland
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
Email: jwayland@stblaw.com

Attorneys for Defendants Coats plc and Coats North America de Republica Dominicana, Inc.

Steven A. Reiss
Scott Martin
Christopher V. Roberts
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
Email: steven.reis@weil.com
       scott.martin@weil.com
       christopher.roberts@weil.com

Attorneys for Defendants Prym Consumer USA, Inc. and Prym Fashion, Inc.

Laura E. Woodson
**SMITH, GAMBRELL & RUSSELL, LLP**
1230 Peachtree Street, N.Y.
Promenade II, Suite 3100
Atlanta, GA 30309-3592
(404) 815-3500
Email: lwoodson@sgrlaw.com

Attorneys for Defendant Scovill Fasteners, Inc.

Peter E. Halle
J. Clayton Everett, Jr.
**MORGAN LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5225
Email: jshin@morganlewis.com

Attorneys for Defendants YKK Corporation of America, Inc., YKK (U.S.A.), Inc. and YKK Snap Fasteners America, Inc.

_____
Daniel Schuman

740913.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA UNDIES, INC.,<br>Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    -against-<br><br>COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; SCOVILL FASTENERS, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; and YKK SNAP FASTENERS AMERICA, INC.,<br><br>    Defendants. | INDEX NO. 07-CV-10340<br><br><br><br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

Upon the motion of David S. Stellings, attorney for Dana Undies, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

  Eric F. Fastiff
  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
  Embarcadero Center West
  275 Battery Street, 30th Floor
  San Francisco, California 94111-3339
  Telephone: (415) 956-1000
  Facsimile: (415) 956-1008
  efastiff@lchb.com

is admitted to practice pro hac vice as counsel for Dana Undies, Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

739073.1

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: December __, 2007
      New York, New York

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, December 10, 2007, true and correct copies of the following

- Motion to Admit Eric B. Fastiff Pro Hac Vice
- Affidavit of David S. Stellings in Support of Motion to Admit Joseph R. Saveri Pro Hac Vice
- Proposed Order Admitting Eric B. Fastiff Pro Hac Vice

were served by First Class U.S. Mail on the following:

Joseph Wayland
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
Email: jwayland@stblaw.com

Attorneys for Defendants Coats plc and Coats North America de Republica Dominicana, Inc.

Steven A. Reiss
Scott Martin
Christopher V. Roberts
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
Email: steven.reis@weil.com
        scott.martin@weil.com
        christopher.roberts@weil.com

Attorneys for Defendants Prym Consumer USA, Inc. and Prym Fashion, Inc.

Laura E. Woodson
**SMITH, GAMBRELL & RUSSELL, LLP**
1230 Peachtree Street, N.Y.
Promenade II, Suite 3100
Atlanta, GA 30309-3592
(404) 815-3500
Email: lwoodson@sgrlaw.com

Attorneys for Defendant Scovill Fasteners, Inc.

Peter E. Halle
J. Clayton Everett, Jr.
**MORGAN LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5225
Email: jshin@morganlewis.com

Attorneys for Defendants YKK Corporation of America, Inc., YKK (U.S.A.), Inc. and YKK Snap Fasteners America, Inc.

_/s/ Daniel Schuman_

740911.1