# MEMO ENDORSED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANA UNDIES, INC., Individually and on behalf of all others similarly situated, | INDEX NO. 07-CV-10340 |
| Plaintiff, | |
| -against- | MOTION TO ~~ADMIT~~ COUNSEL PRO HAC VICE |
| COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; SCOVILL FASTENERS, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; and YKK SNAP FASTENERS AMERICA, INC., | |
| Defendants. | |

State of New York  )
                   ) ss:
County of New York )

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David S. Stellings, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

>  Jennifer Gross
>  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
>  780 Third Avenue, 48th Floor
>  New York, New York 10017-2024
>  Telephone: (212) 355-9500
>  Facsimile: (212) 355-9592

Jennifer Gross is a member in good standing of the Bar of the State of California. There is no pending ~~disciplinary proceeding~~ against Jennifer Gross in any State or Federal Court.



739026.1   JUDGE CHIN'S CHAMBERS

1/9/08

Motion GRANTED.
SO ORDERED.

USDJ

Dated: December 5, 2007
      New York, New York

Notarized:

Respectfully submitted,

By: _____
David S. Stellings, Bar No. DSS-5343

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024
Telephone: (212) 355-9500
Facsimile: (212) 355-9592