USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANA UNDIES, INC.,
Individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; SCOVILL FASTENERS, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; and YKK SNAP FASTENERS AMERICA, INC.,

        Defendants.

INDEX NO. 07-CV-10340

**ORDER FOR ADMISSION PRO HAC VICE**

---

Upon the motion of David S. Stellings, attorney for Dana Undies, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Jennifer Gross
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    780 Third Avenue, 48th Floor
    New York, New York 10017-2024
    Telephone: (212) 355-9500
    Facsimile: (212) 355-9592
    jgross@lchb.com

is admitted to practice pro hac vice as counsel for Dana Undies, Inc., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

739086.1

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: December __, 2007
      New York, New York

_____
United States District Court Judge

1/9/08