

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANA UNDIES, INC., individually and on
behalf of itself and all others similarly situated,

v.

COATS PLC; et al.

Civil Action No.
07-CIV-10340 (Dc)

## STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Plaintiff and Defendants, William Prym GmbH & Co. KG, Prym Consumer USA, Inc., Prym Fashion, Inc., YKK Corporation of America Inc., YKK (U.S.A.) Inc., YKK Snap Fasteners America, Inc., Coats plc, Coats North America de Republica Dominicana, Inc., and Scovill Fasteners Inc ("Defendants"), in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendants must file a response to the Class Action Complaint is hereby extended until 45 days after: (1) the Panel on Multidistrict Litigation rules on the pending motions and (2) Plaintiff files and serves a consolidated class action complaint. If any answer or other responsive pleading is filed by Defendants in any other action arising out of the same transactions and occurrences before the date required by this stipulation, or if any documents are produced in such action, Defendants will file their answer or responsive pleading, and shall produce such documents, in this matter concurrently. In no event shall the Defendants' time to respond to the class action complaint or a consolidated class action complaint, if any, be due prior to the time that a response is due for any defendant that is not a party to this stipulation, except that not more than 30 days shall thereby be added to the time that Defendants would otherwise be required to respond pursuant to this stipulation.

By entering into this stipulation, Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

2

So stipulated, this __15__ th day of January, 2008.

LIEF, CABRASER, HEIMANN & BERNSTEIN,
LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212)355-9500
dstellings@lchb.com

By:_____
        David S. Stellings (DSS 5343)

*Attorneys for Plaintiff*

Joseph F. Wayland
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jwayland@stblaw.com

By:_____
        Joseph F. Wayland (JW 7549)

*Attorneys for Defendants Coats plc, and Coats
    North America de Republica Dominicana, Inc.*

Scott Martin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
scott.martin@weil.com

By:_____
        Scott Martin (SM 7373)

*Attorneys for Defendants William Prym GmbH &
    Co. KG, Prym Consumer USA, Inc., and Prym
    Fashion, Inc..*

John Shin
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6844
jshin@morganlewis.com

By:_____
        John Shin (JS 1970)

*Attorneys for Defendants YKK Corporation of
    America Inc., YKK (U.S.A.) Inc., and YKK Snap
    Fasteners America, Inc.*

2

So stipulated, this _15_th day of January, 2008.

By: _____
David S. Stellings (DS 5343)

LIEF, CABRASER, HEIMANN & BERNSTEIN,
LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212)355-9500
dstellings@lchb.com

*Attorneys for Plaintiff*

Joseph F. Wayland
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jwayland@stblaw.com

By: _____
Joseph F. Wayland (JW 7549)

*Attorneys for Defendants Coats plc, and Coats
   North America de Republica Dominicana, Inc.*

Scott Martin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
scott.martin@weil.com

By: _____
Scott Martin (SM 7373)

*Attorneys for Defendants William Prym GmbH &
   Co. KG, Prym Consumer USA, Inc., and Prym
   Fashion, Inc.,*

John Shin
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6844
jshin@morganlewis.com

By: _____
John Shin (JS 1970)

*Attorneys for Defendants YKK Corporation of
   America Inc., YKK (U.S.A.) Inc., and YKK Snap
   Fasteners America, Inc.*

3

John G. Despriet
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade II, Suite 3100
Atlanta, Georgia 30309-3592
(404) 815-3500
jdespriet@sgrlaw.com

By: _____
John G. Despriet
(Pro Hac Vice Application to be
Submitted)

*Attorneys for Defendant Scovill Fasteners, Inc.*

SO ORDERED.

_____
USDJ
1/23/08